Maryann Pate NIEDERT et al.

v.

Raymond Wallace NIEDERT.

Court of Appeals of Kentucky.

Feb. 16, 1973.

W. Howard Clay, Louisville, for appellants.

S. J. Stallings, Louisville, for appellee.

Memorandum opinion of the Court by Commissioner GARDNER, Affirming in Part, Reversing in Part.*

Bernard D. LEACHMAN, Jr. and Rita M. Leachman

v.

Lyndon SCHMID, Judge, Jefferson Circuit Court.

Court of Appeals of Kentucky.

Feb. 16, 1973.

Bernard D. Leachman, Jr., Louisville, for appellants.

John A. McCrea, Louisville, for appellee.

Memorandum opinion PER CURIAM, Denying Prohibition.*

* Opinion ordered not to be published.